

# Fourth Court of Appeals
## San Antonio, Texas

May 27, 2014

No. 04-14-00145-CV

**IN THE GUARDIANSHIP ESTATE OF MARIA I. RODRIGUEZ**,
Appellant

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2010-PC-2639
Honorable Polly Jackson Spencer, Judge Presiding

## O R D E R

Appellant's motion to abate appeal is GRANTED. It is ORDERED that appellant file a written report in this appeal no later than twenty days from the date of this order updating this court on the status of the trial court's signature on the order appellant seeks to appeal. It is FURTHER ORDERED that the trial court clerk file a supplemental clerk's record containing the signed order no later than ten days after the date the trial court signs the order. The clerk of this court is DIRECTED to remove the deadline for the filing of appellant's brief from the court's calendar, and the deadline will be recalculated after the supplemental clerk's record is filed.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of May, 2014.

_____
Keith E. Hottle
Clerk of Court